IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FREDERICK HOLLOWAY**                                                                             **PLAINTIFF**

v.                            Case No. 4:22-cv-00455-KGB-ERE

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 22). No party has filed objections to the Recommended Disposition, and the time to file objections has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects. The Court affirms the decision of the Commissioner of the Social Security Administration, and plaintiff Frederick Holloway's complaint is dismissed with prejudice (Dkt. No. 2). Judgment will be entered accordingly.

It is so ordered this 19th day of July, 2023.

Kristine G. Baker
United States District Judge